

EXHIBIT A

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Myriam B Cajero__   Case No. __18-09624__   Chapter __13__

All Cases: Moving Creditor __PNC Bank, National Association__   Date Case Filed __04/02/2018__

Nature of Relief Sought:  ☑ Lift Stay    ☐ Annul Stay    ☑ Other (describe) __Co-Debtor Stay__

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __6/22/2018__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ 220,731.86
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ 170,000.00

5. Default
   a. ☑ Pre-Petition Default
      Number of months __11__    Amount $ 18,820.92

   b. ☑ Post-Petition Default
      i.  ☑ On direct payments to the moving creditor
          Number of months __12__    Amount $ 15,920.65

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection  § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid      Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☑ Other (describe) __Failure to make post-petition payments__

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __01/21/2020__                       __/s/ Amanda J. Wiese__
                                              Counsel for Movant

(Rev. 12 /21/09)