**EXHIBIT A**

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | PPFN filed 12/1/2020 Paid by: Debtor ($410.00) | Running total of PPFN funds applied | Agreed Order - Post 1 Stip Payment DP $10,000.00 due by 2/29/20 (5)1398.40 (1)1398.40 tb 3/15/20 | In/Out Agreed Order - Post 1 Suspense | Agreed Order - Post 1 Suspense Total | Agreed Order Pmt (02/19-02/20) $18,639.24 | AO Atty Fees /Costs ($1031.00) | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (06/2017-04/2018) $10659.77 | Attorney fees/ Stat Costs/BPO ($387.50) | Escrow Shortage ($148.33) Escrow Advance ($1356.04) Recoverable ($2910.96) $4415.33 | Pre-Property Inspection Fees ($135.00) | Pre-Late Fees/ NSF ($223.32) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2018 Chapter 13 filed | | | | | | | | | | | | | | | | | | | | | | | | Chapt 13 case # 18-09624 Loan contractually due 06/01/2017 First post due 05/01/2018 |
| 5/22/2018 | $1,400.00 | $1,400.00 | $1,400.00 | | | | $0.00 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,400.00 | | |
| 6/15/2018 | $1,395.77 | $1,395.77 | $2,795.77 | | | | $0.00 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $2,795.77 | | |
| 6/18/2018 | | ($1,406.22) | $1,389.55 | 6/1/2017 | 5/1/2018 | | $10.45 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,400.00 | | |
| 7/18/2018 | $700.00 | $700.00 | $2,089.55 | | | | $10.45 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $2,100.00 | | |
| 7/19/2018 | | ($1,406.22) | $683.33 | 7/1/2017 | 6/1/2018 | $10.45 | $20.90 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $704.23 | | |
| 8/7/2018 | $695.00 | $695.00 | $1,378.33 | | | | $20.90 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,399.23 | | |
| 10/2/2018 | $750.00 | $750.00 | $2,128.33 | | | | $20.90 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $2,149.23 | | |
| 10/3/2018 | | ($1,406.22) | $722.11 | 8/1/2017 | 7/1/2018 | $10.45 | $31.35 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $753.46 | | |
| 10/5/2018 | $1,395.00 | $1,395.00 | $2,117.11 | | | | $31.35 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $2,148.46 | | |
| 10/11/2018 | | ($1,406.22) | $710.89 | 9/1/2017 | 8/1/2018 | $10.45 | $41.80 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $752.69 | | |
| 10/16/2018 | $750.00 | $750.00 | $1,460.89 | | | | $41.80 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,502.69 | | |
| 10/19/2018 | | ($1,406.22) | $54.67 | 10/1/2017 | 9/1/2018 | $10.45 | $52.25 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $106.92 | | |
| 11/19/2018 | $750.00 | $750.00 | $804.67 | | | | $52.25 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,606.92 | | |
| 12/18/2018 | $750.00 | $750.00 | $1,554.67 | | | | $52.25 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $2,148.46? | | |
| 12/19/2018 | | ($1,406.22) | $148.45 | 11/1/2017 | 10/1/2018 | $10.45 | $62.70 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $211.15 | | |
| 1/16/2019 | $600.00 | $600.00 | $748.45 | | | | $62.70 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $811.15 | | |
| 3/19/2019 | $600.00 | $600.00 | $1,348.45 | | | | $62.70 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,311.15 | | |
| 4/16/2019 | $600.00 | $600.00 | $1,948.45 | | | | $62.70 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $1,911.15 | | |
| 4/17/2019 | | ($1,406.22) | $442.23 | 12/1/2017 | 11/1/2018 | $10.45 | $73.15 | | $0.00 | | | $0.00 | | | | $0.00 | | | | | | $515.38 | | |
| 5/15/2019 | $367.06 | | $442.23 | | | | $73.15 | | $0.00 | | | $0.00 | | | $367.06 | $367.06 | | | | | | $882.44 | | |
| 6/17/2019 | $700.00 | $700.00 | $1,142.23 | | | | $73.15 | | $0.00 | | | $0.00 | | | | $367.06 | | | | | | $1,582.44 | | |
| 6/19/2019 | $354.38 | | $1,142.23 | | | | $73.15 | | $0.00 | | | $0.00 | | | $354.38 | $721.44 | | | | | | $1,936.82 | | 1718852 |
| 7/19/2019 | $354.38 | | $1,142.23 | | | | $73.15 | | $0.00 | | | $0.00 | | | $354.38 | $1,075.82 | | | | | | $2,291.20 | | 1720976 |
| 8/20/2019 | $357.19 | | $1,142.23 | | | | $73.15 | | $0.00 | | | $0.00 | | | $357.19 | $1,433.01 | | | | | | $2,648.39 | | 1723059 |
| 8/20/2019 | $1,450.00 | $1,450.00 | $2,592.23 | | | | $73.15 | | $0.00 | | | $0.00 | | | | $1,433.01 | | | | | | $4,098.39 | | 1725112 |
| 8/21/2019 | | ($1,406.22) | $1,186.01 | 1/1/2018 | 12/1/2018 | $10.45 | $83.60 | | $0.00 | | | $0.00 | | | | $1,433.01 | | | | | | $2,702.62 | | |
| 8/21/2019 | | | $1,186.01 | 2/1/2018 | | | $83.60 | | $0.00 | | | $0.00 | | | ($1,395.77) | $37.24 | 6/1/2017 | | $426.70 | | | $1,306.85 | | |
| 9/18/2019 | $360.00 | | $1,186.01 | | | | $83.60 | | $0.00 | | | $0.00 | | | $360.00 | $397.24 | | | | | | $1,666.85 | | 1727232 |
| 9/19/2019 | $750.00 | $750.00 | $1,936.01 | | | | $83.60 | | $0.00 | | | $0.00 | | | | $397.24 | | | | | | $2,416.85 | | |
| 10/22/2019 | $471.98 | | $1,936.01 | | | | $83.60 | | $0.00 | | | $0.00 | | | $471.98 | $869.22 | | | | | | $2,888.83 | | 1729295 |
| 11/20/2019 | $234.38 | | $1,936.01 | | | | $83.60 | | $0.00 | | | $0.00 | | | $234.38 | $1,103.60 | | | | | | $3,123.21 | | 1731286 |
| 11/26/2019 | | ($1,406.22) | $529.79 | 3/1/2018 | 1/1/2019 | $10.45 | $94.05 | | $0.00 | | | $0.00 | | | | $1,103.60 | | | | | | $1,727.44 | | |
| 12/18/2019 | $703.14 | | $529.79 | | | | $94.05 | | $0.00 | | | $0.00 | | | $703.14 | $1,806.74 | | | | | | $2,430.58 | | 1733391 |
| 12/19/2019 | $750.00 | $750.00 | $1,279.79 | | | | $94.05 | | $0.00 | | | $0.00 | | | | $1,806.74 | | | | | | $3,180.58 | | |
| 12/19/2019 | | ($1,406.22) | $1,279.79 | 4/1/2018 | | | $94.05 | | $0.00 | | | $0.00 | | | $400.52 | $400.52 | 7/1/2017 | | $437.15 | | | $1,774.36 | | |
| 1/15/2020 | $468.76 | | $1,279.79 | | | | $94.05 | | $0.00 | | | $0.00 | | | $468.76 | $869.28 | | | | | | $2,243.12 | | 1735437 |
| 2/14/2020 | $10,000.00 | | $1,279.79 | | | | $94.05 | | $0.00 | DP | $10,000.00 | $10,000.00 | | | | $869.28 | | | | | | $12,243.12 | | |
| 2/20/2020 | $468.76 | | $1,279.79 | | | | $94.05 | | $0.00 | less suspense | | $10,000.00 | | | $468.76 | $1,338.04 | | | | | | $12,711.88 | | 1737577 |
| 2/28/2020 | | | $1,279.79 | | | | $94.05 | | $0.00 | | $1,279.79 | $11,279.79 | | | | $1,338.04 | | | | | | $12,711.88 | | |
| AO filed | | ($1,279.79) | ($0.00) | | | | $94.05 | | $0.00 | | $1,279.79 | $11,279.79 | 2/1/2019 | | | $1,338.04 | | | | | | $14,119.88 | | |
| 3/9/2020 | $1,408.00 | $1,408.00 | $1,408.59 | 5/1/2018 | | | $94.05 | | $0.00 | 1 | $1,398.41 | $12,678.20 | 3/1/2019 | | | $1,338.04 | | | | | | $15,518.88 | | |
| 3/16/2020 | $1,399.00 | $0.59 | $1,408.59 | 6/1/2018 | | | $94.05 | | $0.00 | | $1,398.41 | $12,678.20 | 4/1/2019 | | | $1,806.80 | | | | | | $15,987.64 | | 1739695 |
| 3/18/2020 | $468.76 | | $1,408.59 | 7/1/2018 | | | $94.05 | | $0.00 | | $22.22 | $12,678.22 | 5/1/2019 | | $468.76 | $1,806.80 | | | | | | $3,331.66 | | |
| 3/20/2020 | | | $1,408.59 | 8/1/2018 | | | $94.05 | | $0.00 | | $22.22 | | 6/1/2019 | | | $1,806.80 | | | | | | $3,331.66 | | |
| 3/20/2020 | | | $1,408.59 | 9/1/2018 | | | $94.05 | | $0.00 | | $22.22 | | 7/1/2019 | | | $1,806.80 | | | | | | $3,331.66 | | |
| 3/20/2020 | | | $1,408.59 | 10/1/2018 | | | $94.05 | | $0.00 | | $22.22 | | 8/1/2019 | | | $1,806.80 | | | | | | $3,331.66 | | |
| 3/20/2020 | | | $1,408.59 | 11/1/2018 | | | $94.05 | | $0.00 | | $22.22 | | 9/1/2019 | | | $1,806.80 | | | | | | $3,331.66 | | |
| 3/20/2020 | | | $1,408.59 | 12/1/2018 | | | $94.05 | | $0.00 | | $22.22 | | 10/1/2019 | | | $1,806.80 | | | | | | $3,331.66 | | |
| 3/20/2020 | | | $1,408.59 | 1/1/2019 | | | $94.05 | | $0.00 | 2 | $1,398.41 | $1,420.63 | | | | $1,806.80 | 8/1/2017 | | $437.15 | | | $2,382.82 | | |
| 3/20/2020 | | | $1,408.59 | 2/1/2019 | | | $94.05 | | $0.00 | | $1,420.63 | | | | | $400.58 | | | | | | $1,925.44 | | |
| 3/23/2020 | | | $1,408.59 | | | | $94.05 | | $0.00 | | | $1,420.63 | | | | $857.96 | | | | | | $3,781.82 | | |
| 4/15/2020 | $457.38 | | $1,408.59 | | | | $94.05 | | $0.00 | | | $1,420.63 | | | $457.38 | $857.96 | | | | | | $5,261.82 | | 1741918 |
| 4/17/2020 | $1,399.00 | $0.59 | $1,409.18 | 3/1/2019 | 3/1/2020 | $42.41 | $136.46 | | $0.00 | | | $1,420.63 | | | | $857.96 | | | | | | $5,707.82 | | |
| 5/13/2020 | $1,480.00 | $1,480.00 | $2,889.18 | | | | $136.46 | | $0.00 | | | $1,420.63 | | | | $1,303.96 | | | | | | $4,301.60 | | |
| 5/13/2020 | | | $2,889.18 | | | | $136.46 | | $0.00 | | $14.41 | $1,420.63 | | | $446.00 | $1,303.96 | | | | | | $5,700.60 | | 1743973 |
| 5/14/2020 | | | $2,889.18 | | | | $136.46 | | $0.00 | | $14.41 | | | | | $1,303.96 | | | | | | $4,261.80 | | |
| 5/18/2020 | $1,399.00 | $1,399.00 | $4,288.18 | | | | $136.46 | | $0.00 | | $14.41 | | 11/1/2019 | | | $1,303.96 | | | | | | $2,823.00 | | |
| 5/19/2020 | | ($1,438.80) | $2,849.38 | 4/1/2019 | 3/12/2020 | | $136.46 | | $0.00 | | | $1,420.63 | | | | $1,303.96 | | | | | | $4,222.00 | | |
| 5/29/2020 | | ($1,461.21) | $1,368.17 | 5/1/2019 | 4/1/2020 | | $136.46 | | $0.00 | Partial 3 | $1,368.17 | $1,382.58 | | | | $1,303.96 | | | | | | | | |
| 6/15/2020 | $1,399.00 | ($1,368.17)? | $1,399.00 | | | | $136.46 | | $0.00 | | | $1,382.58 | | | | | | | | | | | | |

Page 1 of 3

Post-petition payment history    Page 2 of 3

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | PPFN filed 12/1/2020 Paid by: Debtor ($410.00) | Running total of PPFN funds applied | Agreed Order - Post 1 Stip Payment DP $10,000.00 due by 2/29/20 (5) 1398.41 (1) 1398.40 tb 3/15/20 | In/Out Agreed Order - Post 1 Suspense | Agreed Order - Post 1 Suspense Total | Agreed Order Pmt (02/19-02/20) $18,639.24 | AO Atty Fees /Costs ($1031.00) | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (06/2017-04/2018) $10669.77 | Attorney fees/Stat Costs/BPO ($3387.50) | Escrow Shortage ($148.33) Escrow Advance ($1356.04) Recoverable ($2910.96) $4415.33 | Pre-Property Inspection Fees ($135.00) | Pre-Late Fees/NSF ($223.32) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/15/2020 | $1,480.00 |  | $2,879.00 |  |  |  | $136.46 |  | $0.00 |  |  | $1,382.58 |  |  |  | $1,303.96 |  |  |  |  |  | $5,702.00 |  |  |
| 6/16/2020 |  | ($1,398.41) | $1,480.59 |  |  |  | $136.46 |  | $0.00 | 4 | $1,398.41 | $2,780.99 |  |  |  | $1,303.96 |  |  |  |  |  | $5,702.00 |  |  |
| 6/17/2020 | $1,480.00 |  | $2,960.59 |  |  |  | $136.46 |  | $0.00 |  |  | $2,780.99 |  |  |  | $1,303.96 |  |  |  |  |  | $7,182.00 |  |  |
| 6/17/2020 |  |  | $1,479.38 | 6/1/2019 | 5/1/2020 | $42.41 | $178.87 |  | $0.00 |  |  | $2,780.99 |  |  |  | $1,303.96 |  |  |  |  |  | $5,743.20 |  |  |
| 6/18/2020 |  |  | $1,479.38 | 7/1/2019 |  |  | $178.87 |  | $0.00 |  |  | $1,342.19 | 12/1/2019 |  |  | $1,303.96 |  |  |  |  |  | $4,304.40 |  |  |
| 6/19/2020 |  | ($1,481.21) | ($0.00) |  |  |  | $221.28 |  | $0.00 |  | ($1,438.80) | $1,340.36 |  |  |  | $1,303.96 |  |  |  |  |  | $2,865.60 |  | DR borrowed from AO |
| 6/19/2020 | $1,482.00 | ($1,479.38) | $1,482.00 |  |  |  | $221.28 |  | $0.00 |  | ($1.83) | $1,340.36 |  |  |  | $1,303.96 |  |  |  |  |  | $4,347.60 |  |  |
| 7/10/2020 |  | ($1,481.21) | $0.79 | 8/1/2019 | 6/1/2020 | $42.41 | $263.69 |  | $0.00 |  |  | $1,340.36 |  |  |  | $1,303.96 |  |  |  |  |  | $2,908.80 |  |  |
| 7/14/2020 | $1,399.00 |  | $1,399.79 |  |  |  | $263.69 |  | $0.00 |  |  | $1,340.36 |  |  |  | $1,303.96 |  |  |  |  |  | $4,307.80 |  |  |
| 7/17/2020 | $892.00 |  | $1,399.79 | 9/1/2019 | 7/1/2020 | $42.41 | $263.69 |  | $0.00 |  |  | $1,340.36 |  |  | $892.00 | $2,195.96 |  |  |  |  |  | $5,199.80 | 1748406 |  |
| 7/17/2020 |  | ($1,398.41) | $1.38 |  |  |  | $263.69 |  | $0.00 | 5 | $1,398.41 | $2,738.77 |  |  |  | $2,195.96 |  |  |  |  |  | $5,199.80 |  |  |
| 7/20/2020 |  |  | $1.38 |  |  |  | $263.69 |  | $0.00 |  |  | $2,738.77 |  |  |  | $757.16 |  |  | $469.73 |  |  | $3,761.00 |  |  |
| 7/22/2020 |  |  | $1.38 | 10/1/2019 |  |  | $263.69 |  | $0.00 |  | ($1,438.80) | $1,299.97 | 1/1/2020 |  | ($1,438.80) | $757.16 |  |  |  |  |  | $2,322.20 |  |  |
| 8/13/2020 | $741.00 |  | $742.38 | 11/1/2019 |  |  | $263.69 |  | $0.00 |  |  | $1,299.97 |  |  |  | $757.16 |  |  |  |  |  | $3,063.20 |  |  |
| 8/18/2020 | $1,399.00 |  | $2,141.38 |  |  |  | $263.69 |  | $0.00 |  |  | $1,299.97 |  |  |  | $757.16 |  |  |  |  |  | $4,462.20 |  |  |
| 8/19/2020 |  |  | $660.17 | 12/1/2019 | 8/1/2020 | $42.41 | $306.10 |  | $0.00 |  |  | $1,299.97 |  |  |  | $757.16 |  |  |  |  |  | $3,023.40 |  |  |
| 8/21/2020 | $459.86 |  | $660.17 |  |  |  | $306.10 |  | $0.00 |  |  | $1,299.97 |  |  | $459.86 | $1,217.02 |  |  |  |  |  | $3,483.26 | 1750807 |  |
| 9/16/2020 | $1,482.00 |  | $2,142.17 | 1/1/2020 |  |  | $306.10 |  | $0.00 |  |  | $1,299.97 |  |  |  | $1,217.02 |  |  |  |  |  | $4,965.26 |  |  |
| 9/17/2020 |  | ($1,481.21) | $660.96 |  |  |  | $348.51 |  | $0.00 |  |  | $1,299.97 |  |  |  | $1,217.02 |  |  |  |  |  | $3,526.46 |  |  |
| 9/17/2020 | $473.72 |  | $660.96 | 2/1/2020 | 9/1/2020 | $42.41 | $348.51 |  | $0.00 |  |  | $1,299.97 |  |  | $473.72 | $1,690.74 |  |  |  |  |  | $4,000.18 | 1753026 |  |
| 9/21/2020 |  |  | $660.96 |  |  |  | $348.51 |  | $0.00 |  |  | $1,299.97 |  |  | ($1,438.80) | $251.94 | 10/1/2017 |  | $469.73 |  |  | $2,561.38 |  |  |
| 10/20/2020 | $1,480.00 |  | $2,140.96 |  |  |  | $348.51 |  | $0.00 |  |  | $1,299.97 |  |  |  | $251.94 |  |  |  |  |  | $4,041.38 |  |  |
| 10/20/2020 | $473.72 |  | $2,140.96 |  |  |  | $348.51 |  | $0.00 |  |  | $1,299.97 |  |  | $473.72 | $725.66 |  |  |  |  |  | $4,515.10 | 1755115 |  |
| 11/17/2020 | $1,485.00 |  | $3,625.96 | 3/1/2020 | 10/1/2020 | $42.41 | $390.92 |  | $0.00 |  |  | $1,299.97 |  |  |  | $725.66 |  |  |  |  |  | $6,000.10 |  |  |
| 11/19/2020 |  |  | $2,144.75 |  |  |  | $390.92 |  | $0.00 |  |  | $1,299.97 |  |  |  | $725.66 |  |  |  |  |  | $4,561.30 |  |  |
| 11/23/2020 |  | ($1,481.21) | $663.54 | 4/1/2020 | 11/1/2020 |  | $390.92 |  | $0.00 | Complete slip #3 |  | $1,299.97 |  |  |  | $725.66 |  |  |  |  |  | $3,080.09 |  |  |
| 11/25/2020 |  | ($30.24) | $633.30 |  |  |  | $390.92 |  | $0.00 | Partial #6 | $30.24 | $1,330.21 |  |  |  | $725.66 |  |  |  |  |  | $3,080.09 |  |  |
| 11/25/2020 |  | ($633.30) | ($0.00) |  |  |  | $390.92 |  | $0.00 |  | $633.30 | $1,963.51 |  |  |  | $725.66 |  |  |  |  |  | $3,080.09 |  |  |
| 11/27/2020 |  |  | ($0.00) | 5/1/2020 |  |  | $390.92 |  | $0.00 |  | ($1,481.21) | $482.30 |  |  |  | $725.66 |  |  |  |  |  | $1,598.88 |  |  |
| 11/27/2020 |  |  | ($0.00) |  |  |  | $390.92 |  | $0.00 |  | ($482.30) | $0.00 |  | $482.30 |  | $725.66 |  |  |  |  |  | $1,116.58 |  |  |
| 12/16/2020 | $1,482.00 |  | $1,482.00 |  |  |  | $390.92 |  | $0.00 |  |  | $0.00 |  |  |  | $725.66 |  |  |  |  |  | $2,598.58 | 1759504 |  |
| 12/17/2020 | $473.72 |  | $473.72 |  |  |  | $390.92 |  | $0.00 |  |  | $0.00 | 2/1/2020 |  | $473.72 | $1,199.38 |  |  |  |  |  | $3,072.30 | 1761604 |  |
| 1/15/2021 | $236.86 |  | $1,482.00 |  |  |  | $390.92 |  | $0.00 |  |  | $0.00 |  |  | $236.86 | $1,436.24 |  |  |  |  |  | $3,309.16 |  |  |
| 1/20/2021 | $1,485.00 |  | $2,967.00 |  |  |  | $390.92 |  | $0.00 |  |  | $0.00 |  |  |  | $1,436.24 |  |  |  |  |  | $4,794.16 |  |  |
| 2/17/2021 | $1,485.00 |  | $4,452.00 |  |  |  | $390.92 |  | $0.00 |  |  | $0.00 |  |  |  | $1,436.24 |  |  |  |  |  | $6,279.16 |  |  |
| 2/23/2021 | $1,184.30 |  | $4,452.00 |  |  |  | $390.92 |  | $0.00 |  |  | $0.00 |  |  | $1,184.30 | $2,620.54 |  |  |  |  |  | $7,463.46 | 1763679 |  |
| 2/24/2021 | ($765.10) |  | $3,686.90 |  |  |  | $390.92 |  | $0.00 | complete 6 | $765.10 | $765.10 |  |  |  | $2,620.54 |  |  |  |  |  | $7,463.46 |  |  |
| 2/24/2021 |  |  | $3,686.90 |  |  |  | $390.92 |  | $0.00 |  | ($367.10) | $398.00 |  | $367.10 |  | $2,620.54 |  |  |  |  |  | $7,096.36 |  |  |
| 2/24/2021 |  |  | $3,686.90 |  |  |  | $390.92 |  | $0.00 |  | ($181.00) | $217.00 |  | $181.00 |  | $2,620.54 |  |  |  |  |  | $6,915.36 |  |  |
| 2/26/2021 |  |  | $3,686.90 |  |  |  | $390.92 |  | $0.00 |  | ($0.60) | $216.40 |  | $0.60 |  | $2,620.54 |  |  |  |  |  | $6,914.76 |  |  |
| 3/1/2021 | $1,482.00 | ($1,481.21) | $2,205.69 | 6/1/2020 | 12/1/2020 |  | $390.92 |  | $0.00 |  |  | $216.40 |  |  |  | $2,620.54 |  |  |  |  |  | $5,433.55 |  |  |
| 3/1/2021 | $473.72 | ($1,481.21) | $724.48 | 7/1/2020 | 1/1/2021 |  | $390.92 |  | $0.00 |  |  | $216.40 |  |  | $473.72 | $2,620.54 |  |  |  |  |  | $3,952.34 |  |  |
| 3/3/2021 |  | ($1,481.21) | $724.48 | 8/1/2020 |  |  | $390.92 |  | $0.00 |  | ($216.40) | $0.00 | 11/1/2017 |  | ($1,481.21) | $1,139.33 |  |  | $512.14 |  |  | $2,471.13 |  | moved remaining funds from place in suspense to be applied towards total reconciliation |
|  |  | $724.48 |  |  |  | $216.40 | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $1,139.33 |  |  |  |  |  | $2,471.13 |  |  |
| 3/4/2021 |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  | $131.84 | $1,613.05 | 12/1/2017 |  | $512.14 |  |  | $2,944.85 | 1765842 |  |
| 3/18/2021 | $473.72 |  | $724.48 | 9/1/2020 |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
| 3/19/2021 |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  |  |  | $724.48 |  |  |  | $607.32 |  | $0.00 |  |  | $0.00 |  |  |  | $131.84 |  |  |  |  |  | $1,463.64 |  |  |
|  | $724.48 | $131.84 |  |  |  | $607.32 | $0.00 |  |  |  |  | $0.00 |  |  | $131.84 |  |  |  | $3,264.74 | $0.00 | $0.00 |  |  |  |

Total Suspense: $1,463.64
Due for: 10/1/2020    2/1/2021    current date 4/5/2021
Discharged: MM/DD/YY

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | PPFN filed 12/1/2020 Paid by: Debtor ($410.00) | Running total of PPFN funds applied | Agreed Order - Post 1 Stip Payment DP $10,000.00 due by 2/29/20 (5) 1398.41 (1) 1398.40 tb 3/15/20 | In/Out Agreed Order - Post 1 Suspense | Agreed Order - Post 1 Suspense Total | Agreed Order Pmt (02/19-02/20) $18,639.24 | AO Atty Fees /Costs ($1031.00) | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (06/2017-04/2018) $10669.77 | Attorney fees/ Stat Costs/BPO ($3387.50) | Escrow Shortage ($148.33) Escrow Advance ($1356.04) Recoverable ($2910.96) $4415.33 | Pre- Property Inspection Fees ($135.00) | Pre-Late Fees/ NSF ($223.32) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PP Pmt Suspense | $607.32 | | | | days past due | -63 | | | | | | | | | | | | | | | | | | |
| Debtor Suspense | $724.48 | $724.48 | | | | | | | | | | | | | | | | | | | | | | |
| Post 1 Suspense | $0.00 | | | PCN's Filed POC | Effective | Amount | | | | | | | | | | | | | | | | | | |
| Post 1 Suspense | $0.00 | | | 2/26/2019 | 5/1/2018 | $1,406.22 | | | | | | | | | | | | | | | | | | |
| PPFN Suspense | $0.00 | | | 2/19/2020 | 4/1/2019 | $1,438.80 | | | | | | | | | | | | | | | | | | |
| Trustee Suspense | $131.84 | | | 2/23/2021 | 4/1/2020 | $1,481.21 | | | | | | | | | | | | | | | | | | |
| | | | | | 4/1/2021 | $1,514.48 | | | | | | | | | | | | | | | | | | |

BNK filed: MM/DD/YY
Discharged: MM/DD/YY

Page 3 of 3